## S08Y0987. IN THE MATTER OF KEINO DWAN CAMPBELL.

(660 SE2d 532)

PER CURIAM.

This disciplinary matter is before the Court on the Report and Recommendation of the Review Panel of the State Disciplinary Board, recommending that Keino Dwan Campbell be suspended from the practice of law for one year as reciprocal discipline for a one-year suspension in Michigan, with reinstatement conditioned upon proof that Campbell has met the conditions for reinstatement and has been reinstated in Michigan. See Rule 9.4 (b) (1) of the Georgia Rules of Professional Conduct, Bar Rule 4-102 (d).

The suspension in Michigan arises out of Campbell's neglect of legal matters, practicing of law in a jurisdiction in which he was not admitted, and failing to respond to disciplinary authorities.

Campbell did not acknowledge service of the notice of reciprocal discipline and was served by publication after a return of service non est inventus from the Sheriff of Oakland County, Michigan. He failed to file a response to the notice of discipline. Having reviewed the record, this Court hereby accepts the recommendation of the Review Panel and orders that Campbell be suspended for one year, effective as of the date of this opinion, and that reinstatement be conditioned upon proof of his reinstatement in Michigan. Campbell is reminded of his duties under Bar Rule 4-219 (c).

*One-year suspension with conditions. All the Justices concur.*

DECIDED APRIL 21, 2008.

*William P. Smith III, General Counsel State Bar, Jonathan W. Hewett, Assistant General Counsel State Bar*, for State Bar of Georgia.